

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

_____

ROBERT FRAZER
UNITED STATES ATTORNEY

*Alexander Judka*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*          main: (973) 645-2700
*Newark, New Jersey 07102*             direct: (973)645-2825
*Alexander.judka@usdoj.gov*

July 23, 2026

**<u>BY ECF</u>**
Honorable Julien X. Neals, U.S.D.J.
United States District Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

   Re: *McGrath v. Mullin,* **No. 26-cv-5037 (JXN) (JSA)**
     **First Request for 60-Day Extension of Deadline by Consent**

Dear Judge Neals:

  This Office represents Markwayne Mullin, in his official capacity (the "Federal Defendant"), in the above referenced employment discrimination matter brought under the Age Discrimination in Employment Act of 1967, 29 U.S.C. § 633a *et seq*. We write to respectfully request a 60-day extension of the Federal Defendant's deadline to answer or otherwise respond to the Complaint (ECF No. 1). This is a first request for more time. The Federal Defendant's current deadline is July 24, 2026. Should the Court grant this request, the new response date would be September 22, 2026. Michael G. Kane, Esq., Plaintiff's counsel, consents to this request.

  We respectfully submit that good cause exists for the extension. The Federal Defendant is still in the process of evaluating the Complaint. If this request is granted, the additional time will allow this Office to coordinate with the relevant government stakeholders and to engage Plaintiff's counsel to determine if there is an appropriate means to resolve the case without protracted litigation and exhausting additional judicial resources.

If this proposal is acceptable to the Court, we respectfully request that Your Honor so-order this letter and have the Clerk's Office file it on the docket. Thank you for your consideration of this request.

Respectfully submitted,

ROBERT FRAZER
UNITED STATES ATTORNEY

By:   *s/Alexander Judka*
ALEXANDER JUDKA
Assistant United States Attorney
*Attorneys for Federal Defendant*

cc:   *Plaintiff's Counsel* (by ECF)

**So ORDERED on 7/24/2026:**

JULIEN XAVIER NEALS
United States District Judge

2